Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 1 9 2015

CHRISTOPHER A. PRINE
CLERK

IN HOUSTON

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 JAN 29 2015

CASE NO. 01-14-00998-CV
JOEL D. MALLORY
P.O. BOX 301035
HOUST( )

NIXIE        773    7E   1009      0002/17/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 7700220 6699        *2533-01236-29-43

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:     713-755-8131

www.txcourts.gov/1stcoa.aspx

January 29, 2015

Robert L. Negrin
Pite Duncan LLP
550 Westcott Ste 560
Houston, TX 77007
* DELIVERED VIA E-MAIL *

Mary M. Speidel
Codilis & Stawiarski, P.C.
650 N. Sam Houston Pkwy East, Ste 450
Houston, TX 77060
* DELIVERED VIA E-MAIL *

William Lance L. Lewis
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
2001 Bryan St Ste 1800
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Joel  D. Mallory
P. O. Box 301035
Houston, TX 77230

**RE:** **Court of Appeals Number:** 01-14-00998-CV **Trial Court Case Number:** 2010-64487

**Style:** Joel  D. Mallory
v.
J.P. Morgan Chase Bank, N.A. Chase Home Finance, L.L.C. and Codilis & Stawiarski, P.C.

On this date, an order was issued in the above-referenced cause. You may obtain a copy of the Court's order at http://www.search.txcourts.gov/CaseSearch.aspx?coa=coa01&s=c.

If you have been required to provide a valid e-mail address to the Court and accept electronic service as outlined in Rule 9.1(a) and 9.4(g), a copy of this Notice of Distribution will be sent to you electronically via email.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/1stCOA.

Sincerely,

Christopher A. Prine, Clerk of the Court
By Ora Patterson, Deputy Clerk

cc: Judge 151st District Court (DELIVERED VIA E-MAIL)
Court Reporter 151st District Court (DELIVERED VIA E-MAIL)

Order filed, January 29, 2015.



In The

# Court of Appeals

For The

# First District of Texas

---

NO. 01-14-00998-CV

JOEL D. MALLORY, Appellant

V.

J.P. MORGAN CHASE BANK, N.A. CHASE HOME FINANCE, L.L.C. AND
CODILIS & STAWIARSKI, P.C., Appellee

---

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case 2010-64487

---

## ORDER

The reporter's record in this case was due January 13, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Carolyn Coronado, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Rebeca Huddle
    Acting individually